# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re ___Charles Robinson_____,    Case No. ___10-51923_____

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| ___Ocwen Loan Servicing, LLC___ | ___Litton Loan Servicing, L.P. Bankruptcy Department___ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    Ocwen Loan Servicing, LLC
    1661 Worthington Road
    Suite #100
    West Palm Beach, FL 33409

Phone: __561-682-8000_____
Last Four Digits of Acct #: ____4692_____

Court Claim # (if known): __9_____
Amount of Claim: _____316658.12____
Date Claim Filed: _____11/12/2010___

Phone: __800-999-8501_____
Last Four Digits of Acct. #: __1262_____

Name and Address where transferee payments should be sent (if different from above):

    Ocwen Loan Servicing, LLC
    P.O. Box 24781
    Attn: Cashiering Department
    West Palm Beach, FL 33416-4781

Phone: __561-682-8000_____
Last Four Digits of Acct #:____4692_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___/s/ James Cloud_____    Date:___12/23/2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

I,\_\_\_\_James Cloud_____, hereby certify that a true and correct copy of the foregoing Notice to Transfer Claim pursuant to Bankruptcy Rule 3001(e) was served upon the following parties by first class mail, postage prepaid on or before this \_\_30th\_\_\_\_ day of \_\_December_____ , 2011\_\_\_:

Debtors' Attorney
VERALIN N NNAOJI
18107 SHERMAN WAY STE 105
RESEDA, CA 91335-4564
818-345-1436
cst1usa@aol.com

Debtors
CHARLES ROBINSON
1130 GARNET AVE
PALMDALE, CA 93550-7730

Trustee
KATHY A DOCKERY
700 S FLOWER ST STE 1950
LOS ANGELES, CA 90017-4212
213-996-4400

Case Number: 10-51923    _____/s/James Cloud_____
James Cloud

NOTICE TO TRANSFER CLAIM